UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Calvin Walker,<br><br>        Plaintiff<br><br>v.<br><br>James Dzurenda,<br><br>        Defendant | Case No.: 2:19-cv-01587-JAD-NJK<br><br>**Briefing Schedule Order<br>for Injunctive-relief Motions<br>(ECF Nos. 3, 4, 5, 6)** |

On December 26, 2019, I issued a screening order that deferred a decision on the motions for preliminary injunction and temporary restraining orders (ECF Nos. 3, 4, 5, 6) pending the outcome of the Inmate Early Mediation Program. ECF No. 8 at 9. I ordered the Office of the Attorney General to file responses to those motions no later than 15-days after the end of the 90-day stay if the parties did not settle at the Inmate Early Mediation Program. *Id.*

Due to the COVID-19 shutdown, the inmate early mediation in this case was vacated and rescheduled for October 9, 2020. ECF Nos. 11, 12, 13. I now extend the stay until Monday, October 12, 2020, and direct the Office of the Attorney General to file a status report by that date.

If the parties do not settle at mediation, the Office of the Attorney General must file a response to the motions for preliminary injunction and temporary restraining orders (ECF Nos. 3, 4, 5, 6) by Tuesday, October 27, 2020. If Plaintiff chooses to file a reply, he must do so by Tuesday, November 3, 2020.

Dated: August 18, 2020

_____
U.S. District Judge